SUBJECT: U.S. v. ISRAEL III  1:05-cr-01039-CM-1
DATE: 2/23/2011 11:47:16 AM



Samuel Israel III
Register No. 84430-054
Low Security Correctional Institution
Post Office Box 999
Butner, North Carolina 27509-0999

HONORABLE Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street., Room 640
New York, New York 10007

Thursday, February 24, 2011

Re: Obtaining Court Documents

Dear Judge McMahon:

  On or about October 2, 2008, J. Joseph Bainton, representing Robert and Ellen Nichols, delivered to you by hand a correspondence as R: Petition for Relief of Forfeiture, U.S. v. Israel III, 05 Cr. 1039 (CM); Bayou Management LLC v. Robert Nichols, et. al 08 Civ 6036 (CM).

  I have contacted the Court Clerk and recently received a copy of the correspondence which was electronically filed on October 3, 2008. There appears to be additional documents and/or exhibits that were presented to you, apparently in chambers and may not be a included in the record. For this reason, I am requesting a copy of the photograph of a box bearing the seal of the United States Federal Reserve and the serial number SC 3040-20.

  As a separate but related matter, I also am requesting by way of this correspondence, documents that were submitted to you by J. Joseph Bainton, which include but may not be limited to documents bearing Bates Nos. NICHOLS-USA 000072 through 000082. Upon information and belief, these documents should have been maintained within the Court files and are public records and as such, I should be entitled to such.

  I would appreciate it if you would DIRECT that such be forwarded to me forthwith.

        With kindest regards, I am,

                                Respectfully yours,

                                Samuel Israel III

cc:
    file
    K Oneal

**MEMO ENDORSED**

3/30/11

Chambers staff has reviewed the chambers file and confirms that the documents defendant seeks are **not** in chambers.

*Colleen McMahon*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/11

faxed/mailed to counsel on 3/31/11