

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2014

**By ECF**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

      Re:    <u>United States</u> v. <u>Samuel Israell, III</u>, 05 Cr. 1039 (CM)
              <u>United States</u> v. <u>Daniel E. Marino</u>, 05 Cr. 1036 (CM)

Dear Judge McMahon:

      The Government writes to request that the Court amend the restitution orders that the Court entered on November 19, 2012 in the above captioned actions (the "Restitution Orders") to reflect changes in the legal description of two victims. These victims have informed the Clerk of the Court that the legal descriptions listed for them in the Restitution Orders is no longer accurate, which prevents them from cashing the checks that the Clerk of the Court mailed to them. Accordingly, the Government requests that the Court order that the Clerk of the Court substitute the names listed in the right column below for the names and addresses listed on the left column below:

| Old Information | New Information |
|---|---|
| Name: Trail Ridge Flatiron Fund LP<br><br>Address: 4643 S Ulster Street<br>          Suite 1020<br>          Denver, CO 80237 | Name: Bayou Hedge Funds Litigation Trust<br><br>Address: c/o Dechert LLP<br>          Attn: Shmuel Vasser<br>          1095 Avenue of the Americas<br>          New York, NY 10036-6797 |

Hon. Colleen McMahon
May 12, 2014
Page 2 of 2

    The Government believes that this clarification of the Restitution Orders would be in the interest of Justice and best effectuate the purpose of that order. Accordingly, we urge the Court to approve the Government's proposed changes by endorsing the "so ordered" line below.

Respectfully submitted,
PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Assistant United States Attorney
Chief, Money Laundering &
Asset Forfeiture Unit
(212) 637-1060

SO ORDERED:

_____         Date: _____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

cc:    Courtney DeCasseres
Office of the Clerk
United States District Court
500 Pearl Street
New York, New York 10007

Also by fax or email to the attached service list.

| NAME | PHONE | FAX |
|---|---|---|
| Andrew Bruce Bowman   (Atty for Marino)<br>Law Offices of Andrew B. Bowman<br>1804 Post Road East Westport, Ct, CT 06880 | 203-259-0599 | 203-255-2570 |
| Lawrence S. Bader (Atty for Israel)<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.<br>565 Fifth Avenue New York, NY 10017 | 212-856-9600 | 212-856-9494 |
| Bradley Drew Simon (Atty for Marquez)<br>Simon & Partners LLP<br>30 Rockefeller Plaza -- 42 Floor New York, NY 10112 | 212-332-8900 | 212-332-8909 |
| Stanley A. Twardy (Atty for Marquez)<br>Doreen Klein<br>Day Berry & Howard LLP One Canterbury Green<br>Stamford, CT 06901-2047 | 209-977-7300 | 203-977-7301 |
| Carole Neville (Atty for Sonnenschein Investors, Bruce Trust, Smythe Trust, Canale, and Canale Beverages   )<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>cneville@sonnenschein.com | 212-768-6700 | 212-768-6800 |
| Bradley Hoppe (Atty for Christian Brothers High School Endowment)<br>Jaeckle Fleischmann & Mugel, LLP<br>12 Fountain Plaza<br>Buffalo, NY 14202-2292<br>jallen@jaeckle.com | 716-856-0600 | 716-856-0432 |
| Michael L. Cook (Attys for Sterling Stamos Security Fund, LP et al) | 212-756-2000 | 212-593-5955 |
| Marcy Harris<br>Brian T. Kohn<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | | |

| NAME | PHONE | FAX |
|---|---|---|
| [Marcy.Harris@srz.com]<br>michael.cook@srz.com | | |
| Heidi J. Sorvino (Attys for Peter Haje and Peter Haje IRA)<br>Jeff J. Friedman<br>Qubilah A. Davis<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>jeff.friedman@kattenlaw.com<br>heidi.sorvino@kattenlaw.com | 212-940-8800 | 212-940-8776 |
| Richard B. Feldman (Atty for Freestone Low Volitility Partners, LP<br>Rosenberg Feldman Smith, LLP<br>551 Fifth Avenue, 24th Fl<br>New York, NY 10176<br>Rfeldman@rfs-law.com | 212-682-3454 | 212-867-9045 |
| P. Gregory Schwed (Atty for Highgate Partners, LP)<br>Loeb & Loeb LLP<br>245 Park Avenue<br>New York, NY 10154-1895<br>gschwed@loeb.com | 212-407-4000 | 212-937-4689 |
| M. William Munno (Atty for Mary Jane Pidgeon Sledge)<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>munno@sewkis.com | 212-574-1587 | 212-480-8421 |
| John McFerrin-Claney (Attys for Trail Ridge Flatiron Fund LP)<br>Bruce S. Nathan<br>Lowenstein Sandler, PC<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020<br>jmcferrin-clancy@lowenstein.com<br>bnathan@lowenstein.com | 212-262-6700 | 212-262-7402 |
| Paul D. Sinclair (Attys for Trail Ridge Flatiron Fund LP)<br>Andrew J. Nazar<br>Shughart, Thomson & Kilroy PC<br>20 W. 12th Street, Suite 1600<br>Kansas City, MO 64105<br>anazar@stklaw.com | 816-421-3355 | 816-374-0509 |

| NAME | PHONE | FAX |
|---|---|---|
| psinclair@stklaw.com | | |
| Merrill G Davidoff (Atty for Bayou Class Claimants)Berger & Montague, P.C 1622 Locust Street Philadelphia, PA 19103<br>mdavidoff@bm.netLawrence J. Lederer : llederer@bm.net<br>Lane L. Vines:   lvines@bm.net | 215-875-3084 | 215-875-4671 |
| Gary J. Mennitt (Atty for the Debtors and Debtors-in-Possession)<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>elise.frejka@dechert.com<br>H. Jeffrey Schwartz   (h.jeffrey.schwartz@dechert.com)<br>Gary J. Mennitt (gary.mennitt@dechert.com) | 212-698-3500 | 212-698-3599 |
| Richard Kirby<br>K&L Gates<br>1601 K Street NW<br>Washington, DC 20006-1600<br>richard.kirby@klgates.com | 202-661-3730 | 202-778-9100 |
| Trip Finley<br>Diamond McCarthy Taylor<br>Finley & Lee, LLP<br>6504 Bridgepoint Pkwy<br>Suite 400<br>Austin, Texas 78730<br>tfinley@diamondmccarthy.com | 512-617-5201 | 512-617-5299 |
| Kevin J. Burke (Represents Bayou DB Structured Products Inc.)<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 | 212-701-3843 | 212-378-2167 |
| Kalman Ochs<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>kalman.ochs@friedfrank.com | 212-859-8139 | 212-859-4000 |

| NAME | PHONE | FAX |
|---|---|---|
| Kramer Levin Naftalis & Frankel LLP1177 Avenue of the AmericasNew York, New York 10036<br>Peggy J. Farber<br>Philip Bentley<br>PFarber@KRAMERLEVIN.com<br>pbentley@kramerlevin.com. | 212-715-9184 | 212-715-8188 |
| Richard M. Allen<br>223 Egremont Plain Road, PMB 108<br>North Egremont, MA 01252<br>RMAllenSki@aol.com | 413-528-2108 | 413-528-9510 |